IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

ALBERT EDMOND

VS.                                                                     CIVIL ACTION NO. 2:03cv467-KS-RHW

DON LEWIS, ET AL

## JUDGMENT

This cause is before the Court on Complaint filed by Albert Edmond, pre-trial order having been entered and the parties announcing ready for trial and the Court having heard evidence and received exhibits, does hereby find that Plaintiff Albert Edmond has failed to present sufficient evidence to entitle him to a judgment in the above styled case. A bench opinion was rendered, which is incorporated herein by reference.

NOW, THEREFORE, IT IS HEREBY ORDERED AND ADJUDGED that judgment be granted in favor of Defendants herein and the Complaint filed herein be and the same is hereby dismissed at cost of Plaintiff.

SO ORDERED AND ADJUDGED on this, the 17th day of May, 2006.

s/ *Keith Starrett*
UNITED STATES DISTRICT JUDGE